UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| GEORGE THOMPSON, TDOC # 438266, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:15-CV-178-JRG-MCLC |
| ) | |
| HAWKINS COUNTY JAIL, MEDICAL ) | |
| STAFF, SOUTHERN HEALTHCARE ) | |
| PARTNERS, and RONNIE LAWSON, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM and ORDER**

On July 2, 2015, a Deficiency Order was entered in this pro se prisoner's civil rights case, filed under 42 U.S.C. § 1983 [Doc. 4]. In the Deficiency Order, Plaintiff was notified that, unless within thirty (30) days of that date, he paid the full filing fee or submitted a certified copy of his inmate trust account statement for the last six-month period to support his *in forma pauperis* application, the Court would dismiss his lawsuit for failure to prosecute and to comply with the orders of the court and also would assess the filing fee [*Id.*]. That period of time has passed, and Plaintiff has not responded to the Deficiency Order or otherwise communicated with the Court.

Accordingly, the Court presumes that Plaintiff is not a pauper and hereby **ASSESSES** him the full filing fee of four hundred dollars ($400.00) as authorized under 28 U.S.C. § 1914(a). 28 U.S.C. § 1915(b)(2); *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997) (instructing that "[i]f the prisoner does not comply with the district court's directions, the district

court must presume that the prisoner is not a pauper and assess the inmate the full amount of fees"), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).

Because Plaintiff has failed to comply with the orders of the Court and to prosecute his case, this lawsuit will be **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b).

Finally, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith.  28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER**.

                                              s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE